IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: David T. Schultz |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 21-cr-238 ADM/TNL |
| | ) | Date: February 11, 2022 |
| Rasson Valentine (3), | ) | Video Conference |
| | ) | Time Commenced: 1:04 p.m. |
| Defendant, | ) | Time Concluded: 1:11 p.m. |
| | | Time in Court: 7 minutes |

APPEARANCES:

Plaintiff: Sarah Hudleston, Assistant U.S. Attorney
Defendant: Keala Ede, Assistant Federal Public Defender
        X FPD      X To be appointed

Date Charges Filed: 11/10/2021     Offense: aiding and abetting conspiracy to utter and pass counterfeit obligations

X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is February 15, 2022 at 2:00 p.m. via video conference before U.S. Magistrate Judge Elizabeth Cowan Wright for:
  X Detention hrg      X Arraignment hrg

X Government moves to unseal the case.     X Granted

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                                                         s/SAE
                                                                 Signature of Courtroom Deputy